No. 91–883. CHILDREN'S LEGAL FOUNDATION, INC., ET AL. *v.* ACTION FOR CHILDREN'S TELEVISION ET AL.; and

No. 91–952. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* ACTION FOR CHILDREN'S TELEVISION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. JUSTICE THOMAS took no part in the consideration or decision of these petitions. Reported below: 290 U. S. App. D. C. 4, 932 F. 2d 1504.